■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v GREGORY CROCKETT, JR., Appellant. [33 NYS3d 690]—Judgment, Supreme Court, New York County (Arlene D. Goldberg, J.), rendered June 27, 2013, convicting defendant, upon his plea of guilty, of conspiracy in the fourth degree, and sentencing him, as a second felony offender, to a term of 2 to 4 years, unanimously affirmed.

The court properly rejected defendant's challenges to a search warrant. Defendant's arguments are essentially similar to arguments this Court rejected on a codefendant's appeal (*People v Danclair*, 139 AD3d 541 [1st Dept 2016]), and we find no reason to reach a different result. Concur—Sweeny, J.P., Renwick, Manzanet-Daniels and Webber, JJ.